UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES WADE,<br><br>   Plaintiff,<br><br>   v.<br><br>ABIGAIL WILLIAMS AND ASSOCIATES, ET AL.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 16-12046-DJC<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM AND ORDER FOR DISMISSAL

**CASPER, J.**                        **December 27, 2016**

On November 3, 2016, this Court issued a memorandum and order [D. 6] which, among other things, directed plaintiff James Wade to demonstrate good cause why this action should not be dismissed for lack of subject matter jurisdiction, or, in the alternative, file an amended complaint curing the pleading deficiencies and setting forth plausible claims upon which relief may be granted. Plaintiff's filing was due November 14, 2016. To date, plaintiff has failed to file any response to the memorandum and order and the time period for doing so has expired.

Accordingly, for the failure of plaintiff to comply with the directives contained in the prior memorandum and order and for the substantive reasons set forth therein, it is hereby Ordered that this action is <u>DISMISSED</u> in its entirety.

  **So Ordered.**

                             <u>/s/ Denise J. Casper</u>
                             United States District Judge